THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY
v. GEORGE KALLIMANIS.

May 17, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. NICASIO CORREDOR.

May 17, 1977. Petition for certification denied.

BANNER LIQUOR COMPANY v.
GUILD WINERIES AND DISTILLERIES, INC.

May 17, 1977. Petition for certification denied.

ANDRES CENTANO v. LEE FILTER DIVISION.

May 17, 1977. Petition for certification denied.

TUNNEL BARRELL & DRUM COMPANY v. HACKENSACK
MEADOWLANDS DEVELOPMENT COMMISSION.

May 17, 1977. Petition for certification denied.

GLORIA ULOZAS v. BOARD OF EDUCATION OF THE
MATAWAN REGION SCHOOL DISTRICT.

May 17, 1977. Petition for certification denied.